**372**

Carolyn D. MOORE, Administratrix of
the Estate of Phillip P. Morello,
Deceased, Appellant,

v.

UNITED STATES of America,
Defendant and Third-Party
Plaintiff,

v.

Jay ASTER, Individually and t/a Wingate
Construction Company, Third-Party De-
fendant, Cross-Claimant and Cross-
Claim Defendant,

and

Philadelphia Electric Company, Third-Par-
ty Defendant, Cross-Claimant and
Cross-Claim Defendant,

and

Russell W. Morello and Anthony Morello,
Individually and as Partners Trading as
Russell W. Morello Excavating and Pav-
ing Contractor, Third-Party Defendant,
Cross-Claimant and Cross-Claim De-
fendant.

No. 14491.

United States Court of Appeals
Third Circuit.

Argued May 4, 1964.

Decided June 8, 1964.

Elwood S. Levy, Philadelphia, Pa., for
appellant.

Isaac S. Garb, Asst. U. S. Atty., Phila-
delphia, Pa., for United States (Drew J.
T. O'Keefe, U. S. Atty., Philadelphia,
Pa., on the brief).

James J. McCabe, Jr., Philadelphia,
Pa. (Duane, Morris & Heckscher, Rich-
ard Rosenbleeth, Steinberg, Richman,
Price & Steinbrook, Philadelphia, Pa.,
on the brief), for third-party defendant
Jay Aster, Individually and t/a Wingate
Const. Co.

Daniel J. Ryan, Philadelphia, Pa. (La-
Brum & Doak, William F. Fox, Philadel-
phia, Pa., on the brief), for Russell W.
and Anthony Morello.

Before McLAUGHLIN and STALEY,
Circuit Judges, and LEAHY, District
Judge.

PER CURIAM.

This case was tried to the court. Our
own examination of the trial record
shows substantial affirmative evidence in
support of the district court's finding as
a trier of the fact that plaintiff's dece-
dent was guilty of contributory negli-
gence which was a juridical cause of his
death. Appellant's other points are
without merit.

The judgment of the district court will
be affirmed.